UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MELINA BOZZETTI, | ) | 3:15-CV-0278-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 13, 2015 |
| | ) | |
| BANK OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendant Bank of America, N.A.'s motion to stay discovery pending a ruling on the motion to dismiss (#13). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. In addition, this court has reviewed the motion to dismiss and concludes that a stay is warranted. Therefore, the motion to stay discovery (#13) is **GRANTED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:              /s/
         Deputy Clerk